COOLIDGE FUEL SERVICE CORP., Respondent, v. EDWARD A. THOMPSON, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ.

DAVID A. KLEIN, Appellant, v. HERLIM REALTY CORP., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ. [185 Misc. 852.]

WARNER BROS. PICTURES DISTRIBUTING CORPORATION, Respondent, v. ENDICOTT CIRCUIT, INC., et al., Appellants. LOEW'S INCORPORATED, Respondent, v. ENDICOTT CIRCUIT, INC., et al., Appellants. TWENTIETH CENTURY-FOX FILM CORPORATION, Respondent, v. ENDICOTT CIRCUIT, INC., et al., Appellants. PARAMOUNT PICTURES, INC., Respondent, v. ENDICOTT CIRCUIT, INC., et al., Appellants. (Combined Appeals.) — Orders unanimously affirmed, with one bill of costs to the respondents ($20 costs and disbursements), with leave to the defendants to answer within ten days after service of orders to be entered herein on payment of said costs. No opinion. Settle orders on notice. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ.

PATRICIA KEATING, an Infant, by THOMAS KEATING, Her Guardian ad Litem, et al., Respondents, v. CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SWIFT AND COMPANY et al., Appellants-Respondents, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents-Appellants.— Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ.

In the Matter of NEW YORK STATE LABOR RELATIONS BOARD, Respondent, against METROPOLITAN LIFE INSURANCE COMPANY et al., Appellants.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ. [183 Misc. 1064.] [See post, p. 980.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 935 PARK AVENUE CORP., Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents. [935 Park Ave., Borough of Manhattan.] — Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ.

In the Matter of the Application of FEUER TRANSPORTATION, INC., Appellant, for an Order Restraining Arbitration by LOCAL UNION 445, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Wasservogel, JJ. [See post, p. 982.]